**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Anthony Riccio and Denise M Riccio<br>　　　　　Debtor(s) | BKY. NO. 16-01605 RNO<br><br>CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3550

                                                   Respectfully submitted,

                                                   **/s/ Thomas Puleo**
                                                   Thomas Puleo, Esquire
                                                   James C. Warmbrodt, Esquire
                                                   KML Law Group, P.C.
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA 19106-1532
                                                   (215) 825-6306  FAX (215) 825-6406
                                                   Attorney for Movant/Applicant