# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony Riccio<br>Denise M Riccio<br>    Debtor(s) | CHAPTER 13 |
| M&T Bank<br>    Movant<br>vs.<br>Anthony Riccio<br>Denise M Riccio<br>    Debtor(s)<br>Charles J. DeHart, III Esq.<br>    Trustee | NO. 16-01605 RNO |

## ORDER

Upon consideration of Movant's Motion to Confirm Delinquency Status of Its Loan, it is:

ORDERED THAT: Movant's Loan with Debtors is contractually due for August 1, 2020.

IT IS FURTHER ORDERED that should Movant pursue collection of the contractual amount owed, it is not a violation of the January 15, 2021 entry of discharge.

Dated: March 9, 2021

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge   BI